194 So. 891

**Eugene HANVEY v. STATE.**

8 Div. 938.

Court of Appeals of Alabama.

Feb. 13, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.

193 So. 886

**Harold HARBIN v. STATE.**

8 Div. 818.

Court of Appeals of Alabama.

Jan. 30, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.

Appeal dismissed.

196 So. 903

**W. L. (alias Bill) HEAD v. STATE.**

6 Div. 604.

Court of Appeals of Alabama.

April 30, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.

Appeal dismissed.

199 So. 910

**Virgil HEADLEY v. STATE.**

5 Div. 97.

Court of Appeals of Alabama.

Nov. 26, 1940.

Reynolds & Reynolds, of Clanton, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Appeal dismissed.

193 So. 887

**Fannie HEMBREE v. STATE.**

6 Div. 595.

Court of Appeals of Alabama.

Jan. 9, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.

Appeal dismissed.

193 So. 887

**Fannie HEMBREE v. STATE.**

6 Div. 596.

Court of Appeals of Alabama.

Jan. 9, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.